

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

April 8, 2015

Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

    RE:   David Austin Price
           Trial Court Number 1368261
           COA# 14-13-00487-CR
           Case Number PD-0176-15

Dear Clerk:

The Sealed Reporter's Record is being returned to you in the above referenced cause.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk